**Order filed, April 18, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00029-CV

_____

**Darlene Sparks, Appellant**

**V.**

**Exxon Mobile Corporation, Inc., and Sugar Creek Exxon, Inc., Appellee**

On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 06-DCV-151073

## ORDER

The reporter's record in this case was due **April 13, 2012**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Elizabeth Wittu**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order. **No further extensions will be entertained**.

PER CURIAM